IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| QUENTIN A. WILKERSON, | § | |
| | § | No. 138, 2016 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below – Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID. No. 1306023969 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 31, 2016
Decided: July 21, 2016

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## **ORDER**

On this 21st day of July 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned February 26, 2016 Decision.

NOW, THEREFORE IT IS ORDERED that the judgment of the Superior Court is AFFIRMED. The request to add additional grounds to appeal is DENIED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice